February 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

**EE CONSTRUCTION, LLC, EE HOOD & SONS, INC. AND EARL E. HOOD, III, INC., Appellants**

NO. 14-13-00836-CV                          V.

**SUN COAST RESOURCES, INC., Appellee**
_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on May 22, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.